**NORTHERN TRUST COMPANY, Trustee, etc., v. COMMISSIONER OF INTERNAL REVENUE.**
No. 5186.

Circuit Court of Appeals, Seventh Circuit.
March 5, 1934.

Albert L. Hopkins, of Washington, D. C., and Harry B. Sutter, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before ALSCHULER and SPARKS, Circuit Judges.

PER CURIAM.
The above-entitled cause came on to be heard upon the motion of the petitioner and stipulation of the parties. On consideration whereof, it is now here ordered and adjudged by this court that the decision of the United States Board of Tax Appeals entered in this cause on February 16, 1932, be, and the same is hereby, reversed and that said cause be, and the same is hereby remanded to the United States Board of Tax Appeals for the entry of an order that: (1) There is no deficiency in income tax of the Northern Trust Company, trustee under the will of Kennett F. Burnes, deceased, for the year 1924, and that the payment of $623.88 additional tax assessed on the September, 1932, list is an overpayment; and (2) there is no deficiency in income tax of the Northern Trust Company, trustee under the will of Kennett F. Burnes, deceased, for the year 1926, and that the payment of $1,166.65 additional tax assessed on the September, 1932, list is an overpayment to the extent of $1,166.61.

---

**PATENTS PROCESS, Inc., and Frank D. Williams, Appellants, v. Walter C. DURST, Trustee in Bankruptcy of PATENTS PROCESS, Inc., and Frank D. Williams, Bankrupts, Appellee.**
No. 7051.

Circuit Court of Appeals, Ninth Circuit.
Feb. 9, 1934.

Eldred E. Wolford, Allan F. Daily, and Edward Gallaudet, all of Los Angeles, Cal., for appellants.

William R. Millar, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.
After oral argument of counsel for respective parties, ordered order of District Court in this cause affirmed upon the authority of Brown v. Brown, 170 Cal. 1, 147 P. 1168; mandate forthwith.

---

**Morris (Kid) PAUL, Appellant, v. UNITED STATES of America.**
No. 9975.

Circuit Court of Appeals, Eighth Circuit.
March 26, 1934.

Henry Paull, of Duluth, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.
Appeal docketed and cause remanded to District Court, with directions to vacate such part of judgment as sentences appellant and to dismiss indictment as to him.